## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

**GREGORY NASH**                                                                      **PLAINTIFF**

**v.**                                          **Case No. 4:15-CV-0300 KGB**

**ASHLEY, FLETCHER PROPERTY
MANAGEMENT, and BIG BROTHER
BIG SISTER**                                                                         **DEFENDANTS**

### ORDER

Before the Court is plaintiff Gregory Nash's motion for leave to proceed *in forma pauperis* (Dkt. No. 1). Mr. Nash has also filed what the Court construes as his complaint (Dkt. No. 2). For the following reasons, the Court dismisses without prejudice Mr. Nash's complaint and denies as moot Mr. Nash's motion for leave to proceed *in forma pauperis* (Dkt. No. 1).

Under 28 U.S.C. §1915(e)(2), "the court shall dismiss the [*in forma pauperis*] case at any time if the court determines that . . . the action . . . is frivolous or malicious; [or] fails to state a claim on which relief may be granted." 28 U.S.C. § 1915(e)(2)(B). In this case, Mr. Nash's complaint lists the named defendants above, states "$3 for a key," and indicates his monthly income. Mr. Nash has failed to state a claim or otherwise indicate a basis in the law on which this Court may grant relief. Moreover, Mr. Nash's complaint indicates no basis for federal court jurisdiction over this action. Therefore, upon a screening of Mr. Nash's complaint pursuant to 28 U.S.C. § 1915, and for the foregoing reasons, the Court dismisses without prejudice Mr. Nash's complaint (Dkt. No. 2). Accordingly, the Court denies as moot Mr. Nash's motion to proceed *in forma pauperis* (Dkt. No. 1).

SO ORDERED this 2nd day of June, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE